IN THE SUPREME COURT OF NORTH CAROLINA

No. 31A13

FILED 4 OCTOBER 2013

STATE OF NORTH CAROLINA

v.

DARRYL HESTER

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, \_\_\_ N.C. App. \_\_\_, 736 S.E.2d 571 (2012), dismissing defendant's appeal from a judgment entered on 14 October 2011 by Judge Richard D. Boner in Superior Court, Mecklenburg County.  Heard in the Supreme Court on 3 September 2013.

*Roy Cooper, Attorney General, by Kathleen N. Bolton, Assistant Attorney General, for the State.*

*Franklin E. Wells, Jr. for defendant-appellant.*

PER CURIAM.

AFFIRMED.